UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN. M. CALLAGY.
        Plaintiff,

v.                                                   CIVIL ACTION NO.
                                                    10-cv-11716-MBB

TOWN OF AQUINNAH,
        Defendant.

# FINAL JUDGMENT

## AUGUST 7, 2012

**BOWLER, U.S.M.J.**

      The issues having been duly heard and a decision rendered, it is hereby Ordered and Adjudged that the plaintiff John M. Callagy take nothing and that this action be **DISMISSED** with prejudice.

                                        /s/ Marianne B. Bowler
                                        MARIANNE B. BOWLER
                                        United States Magistrate Judge